| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 13-382 (AET) |
| v. | Hon. Anne E. Thompson |
| | ORDER FOR CONTINUANCE |
| Terrell Brunson | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Nicholas P. Grippo, Assistant U.S. Attorney), and defendant Terrell Brunson (by Muhammad Ibn Bashir, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date of this Order through October 15, 2013 to allow the parties to continue plea negotiations and attempt to finalize a plea agreement, and the parties having appeared before the Court on September 26, 2013 for a status conference, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this Court and that a continuance shall serve a delay a trial in this matter, and the defendant through her attorney having consented to the continuance, and one prior continuances having been granted by this Court; for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations have commenced and both the United States and the Defendant seek additional time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3. The grant of a continuance will likely conserve judicial resources; and

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 3rd day of October, 2013,

ORDERED that this action be, and hereby is, continued from the date of this Order through October 15, 2013; and it is further

ORDERED that the parties shall appear for a status conference on October 15, 2013 at 10:00 a.m., and it is further

ORDERED that the period from the date of this Order through October 15, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18 United States Code, Section 3161.

HONORABLE ANNE E. THOMPSON
UNITED STATES DISTRICT JUDGE

Consented and Agreed By

Muhammad Ibn Bashir
Counsel to defendant Terrell Brunson

Nicholas P. Grippo
Assistant United States Attorney

Approved By:

Harvey Bartle
Assistant United States Attorney
Attorney-in-Charge, Trenton Office